UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES M. HOFFMAN,

                Plaintiff,

   v.                                       6:02-cv-1509

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Plaintiff commenced the instant action challenging a decision by the Commissioner of Social Security denying his application for benefits. On February 19, 2004, an Administrative Law Judge determined that Plaintiff was disabled since April 28, 1997 (the date of his application) through at least February 19, 2004. Because Plaintiff has now been afforded all relief that he was seeking, this matter is now moot. Accordingly the Clerk of the Court shall dismiss the Complaint and close the file in this matter.

IT IS SO ORDERED.

Dated: February 28, 2006

Thomas J. McAvoy
Senior, U.S. District Judge