# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       MAR 28 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

James M. Hoffman

    vs.

Jo Anne B. Barnhart,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NO.   6:02-cv-1509 (TJM)

____ **JURY VERDICT.** This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x** **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED ;** pursuant to 42 USC 405(g), Plaintiff is entitled to a judgment confirming the Commissioner's determination that Plaintiff was disabled for purposes of entitlement to Supplemental Security Income since April 28, 1997. Further, because the government has consented to Plaintiff's fee application [13], Plaintiff shall be entitled to $12,596.25 in attorney's fees, of which $3,877.69 is payable to Plaintiff pursuant to the Equal Access to Justice Act.

AS IN ACCORDANCE with the Honorable Thomas J. McAvoy's Decision and Order [14] filed on March 24, 2006.

This matter is now closed [8] [14].

Dated:  March 28, 2006

LAWRENCE K. BAERMAN
_____
Clerk of the Court

P Aton
_____
By:   Deputy Clerk